# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENDEAVOR MESHTECH, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>RAJANT CORPORATION<br><br>    Defendant. | CIVIL ACTION NO. 2:16-cv-00013-MAK<br>**JURY TRIAL DEMANDED** |

## STIPULATION TO EXTEND ANSWER DEADLINE

Plaintiff Endeavor MeshTech, Inc. ("Endeavor") and Rajant Corporation ("Rajant") have stipulated to a 30-day extension of time, up and until March 14, 2016, for Rajant to respond or answer the Complaint. In support of this stipulation, Endeavor states:

1. Plaintiff filed the Complaint on January 4, 2016, and served on Rajant on January 22, 2016. Dkt. #1.

2. The current deadline for Rajant to answer or otherwise respond to the Complaint is February 12, 2016.

3. Rajant has not yet retained outside counsel and is working with Plaintiff to attempt to resolve the litigation without the need for hiring outside counsel. Endeavor and Charles O'Neill, Rajant's Special Counsel, are making progress in this regard but need additional time to reach a resolution.

4. Rajant and Endeavor agree that a 30-day extension of time to answer or respond to the Complaint, up and until March 14, 2016, would prove useful in reaching a resolution in this matter.

5. Accordingly, Endeavor respectfully requests that Rajant be granted a 30-day extension, up and until March 14, 2016, to file a response or answer to the Complaint.

6. Both Endeavor and Rajant have agreed to this extension.

7. This request is made in good faith and not in an attempt to unduly delay proceedings.

APPROVED, this ____ day of February, 2016

                                                _____
                                                Hon. Mark A. Kearney
                                                United States District Judge

Dated: February 2, 2016                    Respectfully submitted,


                                           */s/Julie E. Chovanes*
                                           Julie E. Chovanes, Esquire
                                           25 E. Springfield Ave.
                                           Philadelphia, PA 19118
                                           jchovanes@chovanes.com
                                           Telephone: (267)235-4570
                                           *Local Counsel for Plaintiff*

                                           James F. McDonough, III (Bar No. 117088, GA)
                                           Jacqueline K. Burt (Bar No. 425322, GA)
                                           Jonathan R. Miller (Bar No. 507179, GA)
                                           **HENINGER GARRISON DAVIS, LLC**
                                           3621Vinings Slope, Suite 4320
                                           Atlanta, Georgia 30339
                                           Telephone: (404) 996-0869, 0861, 0863
                                           Facsimile: (205) 547-5502, 5504, 5506
                                           Email: jmcdonough@hgdlawfirm.com
                                           Email: jburt@hgdlawfirm.com
                                           Email: jmiller@hgdlawfirm.com

                                           *Attorneys for Plaintiff*
                                           *Endeavor MeshTech, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify on this day that I had the foregoing document electronically filed with the Clerk of Court using the CM/ECF system. Additionally, on this day I will email a copy of the file stamped version of this stipulation to Charles O'Neill, Rajant's Special Counsel.

DATED: February 2, 2016.

                                              */s/James F. McDonough, III*
                                              James F. McDonough, III (Bar No. 117088, GA)
                                              **HENINGER GARRISON DAVIS, LLC**
                                              3621 Vinings Slope, Suite 4320
                                              Atlanta, Georgia 30339
                                              Telephone: (404) 996-0869
                                              Facsimile: (205) 547-5502
                                              Email: jmcdonough@hgdlawfirm.com