# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENDEAVOR MESHTECH, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>RAJANT CORPORATION,<br><br>    Defendant. | Civil Action No. 2:16-cv-00013-MAK<br><br>**Judge Mark A. Kearney** |

## NOTICE OF DISMISSAL

Plaintiff Endeavor MeshTech, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Date: <u>March 4, 2016</u>     Respectfully submitted,

<div style="margin-left: 40%;">

<u>/s/ Julie Chovanes</u>
Julie Chovanes, Esq., PA ID #50176
Chovanes Law, LLC
P.O. Box 4307
Philadelphia, PA 19118
jchovanes@chovanes.com
Telephone: (267) 235-4570
*Local Counsel for Plaintiff*

<u>Of Counsel</u>
James F. McDonough, III (Bar No. 117088, GA)
Jacqueline K. Burt (Bar No. 425322, GA)
Jonathan R. Miller (Bar No. 507179, GA)
**HENINGER GARRISON DAVIS, LLC**
3621Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0869, 0861, 0863
Facsimile: (205) 547-5502, 5504, 5506
Email: jmcdonough@hgdlawfirm.com
Email: jburt@hgdlawfirm.com
Email: jmiller@hgdlawfirm.com

*Attorneys for Plaintiff*
*Endeavor MeshTech, Inc.*

</div>

Case 2:16-cv-00013-MAK   Document 8   Filed 03/04/16   Page 3 of 3

## CERTIFICATE OF SERVICE

     I hereby certify that on this day, I caused a true and correct copy of the foregoing to be filed using the Court's CM/ECF System.  In addition, a copy was served on a representative for Defendant by electronic mail.


Dated: <u>March 4, 2016</u>

                                                                      */ s/ Julie Chovanes*
                                                                      Julie Chovanes

E.D. Pa. Case No. 2:16-cv-00013-MAK                                                  Page |3
**NOTICE OF DISMISSAL**

## CERTIFICATE OF SERVICE

     I hereby certify that on this day, I caused a true and correct copy of the foregoing to be filed using the Court's CM/ECF System.  In addition, a copy was served on a representative for Defendant by electronic mail.


Dated: <u>March 4, 2016</u>

                                          */ s/ Julie Chovanes*
                                          Julie Chovanes

E.D. Pa. Case No. 2:16-cv-00013-MAK                          Page |3
**NOTICE OF DISMISSAL**